376

524 A.2d 491

STAMBAUGH'S AIR SERVICE, INC., Appellant,

v.

Thomas D. LARSON, Secretary, Commonwealth of Pennsylvania, Department of Transportation.

Supreme Court of Pennsylvania.

Argued April 9, 1987.

Decided April 20, 1987.

Michael Q. Davis, Harrisburg, for appellant.

William J. Cressler, Harrisburg, Spencer A. Manthrope, Philadelphia, Kenneth Kendall, Springfield, Andrew H. Cline, Harrisburg, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

ORDER

PER CURIAM.

Order affirmed.

LARSEN, J., dissents.